**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 336 MAL 2019

        Respondent                     :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court

        v.                                 :

                                     :

ERIC KENNETH JONES,             :

                                    :

        Petitioner                    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.